Motion granted.

On motion for admission *pro hac vice* of State Solicitor Edward B. Foley by Mark D. Tucker. Motion granted.

**99–444. Weiss v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–876–EL–CSS. On motion to dismiss. Motion denied.
Cook, J., not participating.
On motion for leave to intervene by the Cleveland Electric Illuminating Company. Motion granted.
Cook, J., not participating.

**99–871. State v. Owen.**
Miami App. No. 98CA17. On motion for leave to file delayed appeal. Motion granted.
Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**99–872. State v. Rodgers.**
Columbiana App. No. 98CO25. On motion for leave to file delayed appeal. Motion denied.
Moyer, C.J., dissents.

**99–904. Villas Condominium Unit Owners' Assn. v. Gammarino.**
Hamilton App. No. C–980626. On motion for stay of the judgment of the court of appeals. Motion denied.
Resnick, J., dissents.

## DISCRETIONARY APPEALS ALLOWED

**99–305. McKimm v. Ohio State Elections Comm.**
Franklin App. No. 98AP–304. On discretionary appeal and on motion for admission *pro hac vice* of Edward B. Foley. Discretionary appeal allowed and motion granted.
Resnick and F.E. Sweeney, JJ., dissent.

**99–468. State v. Arnett.**
Hamilton App. Nos. C–980172 and C–980173. Discretionary appeal allowed.
Moyer, C.J., Cook and Lundberg Stratton, JJ., would also strike the appendix.
Resnick and Pfeifer, JJ., dissent.